**[J-30A-2023]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**


| | | |
|---|---|---|
| JESSICA SHIRLEY, INTERIM ACTING SECRETARY OF THE DEPARTMENT OF ENVIRONMENTAL PROTECTION AND ACTING CHAIRPERSON OF THE ENVIRONMENTAL QUALITY BOARD, | : | No. 79 MAP 2022 |
| | : | |
| Appellant | : | |
| | : | |
| v. | : | |
| | : | |
| PENNSYLVANIA LEGISLATIVE REFERENCE BUREAU, VINCENT C. DELIBERATO, JR., DIRECTOR OF THE LEGISLATIVE REFERENCE BUREAU, AND AMY J. MENDELSOHN, DIRECTOR OF THE PENNSYLVANIA CODE AND BULLETIN, | : | |
| | : | |
| Appellees | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 9th day of February, 2024, the Application to Discontinue Appeal of Preliminary Injunction Order is **GRANTED**.